*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

vs.                              NO. 4:08CR00001-001 SWW

GEORGE KEITH WATKINS

ORDER

Defendant appeared for a hearing before this Court on October 19, 2010, executed a waiver of indictment and entered a plea of guilty to Count 1 of the superseding information at which time, the Court modified the Order Setting Conditions of Release pending sentencing by adding the following condition:

> **The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.**

> **The defendant is permitted to leave his home confinement on October 20 and 21, 2010, for the purpose of looking for a trailer or mobile home to purchase. This permission does not extend to permitting the defendant to live in a mobile home or trailer on his family's property, as defendant is to remain in home confinement at his parents' home.**

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include the condition specified in this order. All other conditions remain in effect.

DATED this 20th day of October 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE